# STATEMENT OF ACCOUNT
07-Jan-2020

**INTELSAT.**

## VSAT Systems, LLC (#35288)

**Attention: Finance/ Accounting Department**

1520 S. Arlington Street

Akron, United States

### Intelsat Credit Administrator

Gratia, Sandy

sandy.gratia@intelsat.com

Phone: +352 2784 1657

Fax: +352 2784 1690

> **Please indicate your account and invoice number when remitting your payment.**

| Transaction Type | Transaction Number | Invoice Date | Due Date | Original Transaction Amt | Balance Outstanding |
|---|---|---|---|---|---|
| CASH | 4020 | 01/Sep/17 | 01/Sep/17 | $-594.00 | $-594.00 |
| Prepaid Monthly | 035288-283854 | 01/Sep/19 | 01/Oct/19 | $61,506.00 | $61,506.00 |
| Prepaid Monthly | 035288-284894 | 01/Oct/19 | 01/Nov/19 | $61,506.00 | $61,506.00 |
| Prepaid Monthly | 035288-285931 | 01/Nov/19 | 01/Dec/19 | $61,506.00 | $61,506.00 |
| Prepaid Monthly | 035288-286918 | 01/Dec/19 | 01/Jan/20 | $61,506.00 | $61,506.00 |
| Prepaid Monthly | 035288-287920 | 01/Jan/20 | 01/Feb/20 | $61,506.00 | $61,506.00 |
| | | | | Sum: | $306,936.00 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | 91-180 Days | 181-360 Days | 361+ Days | Total Due |
|---|---|---|---|---|---|---|---|
| $61,506.00 | $61,506.00 | $61,506.00 | $61,506.00 | $61,506.00 | | $-594.00 | $306,936.00 |

If you have any questions regarding your statement, please contact your Intelsat Credit Administrator (Gratia, Sandy ).

**EXHIBIT N**

**STATEMENT OF ACCOUNT**
07-Jan-2020

INTELSAT.